# EXHIBIT 73

# ARUP

Markets          Services          Projects          Insights

← Back to services



# Advisory services

Advisory Services helps clients solve business and operational challenges, make informed, commercial decisions and implement better, more sustainable solutions. We work hand in hand with Arup's entire range of technical experts, meaning clients gain access to insights and opportunities that other consultants miss.

We are economists, business strategists, environmentalists, change managers, investment specialists and digital experts – all united by the desire to produce a more sustainable future for all. Our experts add value at every stage of the project lifecycle.

Services

## Discover the different ways we can help your organisation:



Markets                 Services                    Projects                   Insights

Strategy consulting



Operations consulting



Business investor advisory



People and organisations



Markets                    Services                         Projects                        Insights

## Project and programme management



## Asset management

Explore

# Discover more of our expertise:

View all services  →

## Services

Digital asset management

Digital strategy and transformation

ESG strategy, reporting and investments

Foresight

Logistics, freight and supply chain management



Markets          Services                    Projects                    Insights

Projects

# Learn more about the work we do:

( View all advisory services projects ⟶ )

2—4                                                        ←    →

## Advising on the use of public-private partnerships to reactivate rail transportation in Colombia



Colombia Rail
Public-Private
Partnership
(PPP) Analysis

Insights

# Learn more from our experts:

( View all insights ⟶ )

Experts



# ARUP

Markets         **Services**           Projects           Insights



## Andy Hodgson

Principal

Andy leads Arup's Global Advisory Services.



## Tim Treharne

Principal

Tim Treharne is Arup's Americas Advisory Services Leader.



## Jonathan Griffin

Principal

Jonathan Griffin is Advisory Leader for Australasia.



## Patrick Yung

Director

Patrick leads Arup's Advisory Services for East Asia region and has been with the firm since 2004.



Markets                                    Services                                              Projects                            Insights



## Duncan White

Director

Duncan leads Arup's Advisory Services for the
Europe Region, where we combine our deep
technical knowledge of the built environment with
our advisory services to help a range of public an…



## Sophie Camburn

Director

Sophie leads our Advisory Services for the UKIMEA
region and is based in Bristol.

We are a global collective dedicated to sustainable development. We use
technology, imagination and rigour to shape a better world.

Markets                                         About

Services                                        Careers

Projects                                        News

Insights                                        Contact

Modern Slavery and Human Trafficking Statement        Commitments

Governance                                      Legal

Policies                                        Cookies

©Arup 2024