## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE :<br><br>APPLICATION UNDER 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM BROOKFIELD INFRASTRUCTURE PARTNERS L.P., BROOKFIELD ASSET MANAGEMENT LTD., BROOKFIELD CORPORATION, CAHILL GORDON & REINDEL LLP, KPMG LLP, THE BANK OF NOVA SCOTIA, SCOTIA CAPITAL (USA) INC., SCOTIA HOLDINGS (USA) LLC, ARUP LATIN AMERICA S.A., ARUP AMERICAS, INC., CITIBANK, N.A., WELLS FARGO, N.A., JPMORGAN CHASE & CO., THE CLEARING HOUSE PAYMENTS COMPANY L.L.C., AND THE FEDERAL RESERVE BANK OF NEW YORK | Case No. 1:24-mc-00533 |

## ORDER

Upon consideration of Applicant's Motion to Exceed Page Limit in its memorandum of law in support of its application to obtain discovery pursuant to 28 U.S.C. § 1782 (the "Application"), and after finding good cause, it is hereby **ORDERED** that:

1. The Motion to Exceed Page Limit is **GRANTED**; and

2. The Applicant is authorized to file its memorandum of law in support of its Application under 28 U.S.C. § 1782 in the form attached as Exhibit A to its Motion.

**IT IS SO ORDERED**          November 22, 2024

LEWIS J. LIMAN
United States District Judge

1