# Exhibit 1



**Agua de Emergencia.**

3,977 views  Streamed live on Feb 18, 2025   #ENVIVO

🔵 #ENVIVO | El alcalde Rafael López Aliaga, coloca la primera piedra del nuevo punto del Programa Agua de emergencia, para las familias de la zona alta de La Grama en Puente Piedra.

📥🔔 SUSCRÍBETE A MI CANAL Y SÍGUEME EN MIS REDES OFICIALES:
➡ Twitter:
 / rlopezaliaga1
➡ Instagram:
/ rafaellopezaliagaoficial
➡ TikTok:
/ rafael_lopez_aliaga
➡ Facebook:
/ rafaellopezaliagaoficial

Transcript

Follow along using the transcript.

Show transcript

Rafael Lopez Aliaga - Oficial
52.8K subscribers

Videos    About

Show less

Live chat replay

See what others said about this video while it was liv…    Open panel


1:07:42
Agua de Emergencia. 18 de febrero.
Municipalidad de Lima
13K views • Streamed 5 days ago
New


31:21
Contra Corriente - FEB 20 - 2/2 - RAFAEL LÓPEZ ALIAGA EN CONTRACORRIENTE | Willax
Willax Televisión
20K views • 2 days ago
New


1:21:05
Entrevista con Cecilia García
Rafael Lopez Aliaga - Oficial
93K views • Streamed 7 days ago


35:06
¿Por qué colapsó el techo en el Real Plaza de Trujillo? Posibles causas ##ADNRPP | ENTREVISTA
RPP Noticias
28K views • 4 hours ago
New


19:57
Combutters - DIC 13 - 2/3 - LA FACHA DE DINA | Willax
Willax Televisión
70K views • 2 months ago

Tres patines La Tremenda Corte CRONOMETRICIDIO

# Unofficial English Translation

Statement by MML's Mayor, Rafael López Aliaga, YouTube (Feb. 18, 2025), *available at* https://www.youtube.com/watch?v=Zn7CZS6vVdc

[00:52:16]

**Rafael López Aliaga:**

". . . But, I want, I want to tell you that this, this man is really good, really good at his job.  Bringing all of his legal actions.  And he knows how to do it.  And it reached the constitutional court, and because of him, with my consent, but because of him.  If he hadn't done his job, there would be nothing.  We would still be paying tolls.  But, precisely, he has that knowledge.  I am requesting the, the payment of these damages in the United States.  I am requesting the payment in favor of the, the affected peoples.  I am requesting in the United States that Brookfield, precisely, pay four billion dollars.  OK?  But here in Peru we also have to take legal action.  Legal action must be taken.  And I'm going to accompany you, doctor [attorney].  Let's see, who are we going to see?  The judge?  Rutas de Lima.  Let's go, let's go to Rutas de Lima.  Let's see.  Well.  In my case, I call them *Ratas de Lima* [Lima Rats], right?  They're the Lima Rats, right?  I mean.  Let's go, let's go to these people's office, well.  Or the conciliator's or whoever.  Let's go, let's go as soon as we finish this, let's go.  But let's go now brother, once and for all.  So let's go, why?  Because these people have to pay compensation.  OK?  How have they been charging tolls for many years from the most vulnerable population in Lima? . . ."

# Spanish Original

Statement by MML's Mayor, Rafael López Aliaga, YouTube (Feb. 18, 2025), *available at* https://www.youtube.com/watch?v=Zn7CZS6vVdc

[00:52:16]

**Rafael López Aliaga:**

". . . Pero, quiero, quiero decirles que este, este señor se saca el ancho, se saca el ancho trabajando. Haciendo todas sus acciones legales. Y sabe hacerlo. Y llegó al tribunal constitucional, y por él, con el allanamiento mío, pero por él. Si el no hubiera hecho su trabajo, no había nada. Estaríamos pagando peaje todavía. Pero, justamente, el tiene ese conocimiento. Yo estoy pidiendo los, el pago de esta reparación en Estados Unidos. Yo estoy pidiendo el pago a favor de las, de los pueblos afectados. Estoy pidiendo en Estados Unidos que Brookfield, justamente, pague cuatro mil millones de dólares. ¿Ya? Pero acá en Perú hay que accionar también. Hay que accionar. Y yo lo voy a acompañar, doctor. Vamos a ver, ¿a quién estamos yendo a ver? ¿Al juez? A Rutas de Lima. Vamos, vamos a Rutas de Lima. Vamos a ver. Bueno. En mi caso, yo les llamo Ratas de Lima, ¿no? Son las Ratas de Lima, ¿no? Es decir. Vamos a la, vamos a la oficina de esta gente, pues. O del conciliador o quien sea. Vamos, vamos acabando esto, vamos. Pero vamos ahora hermano, de una vez. Entonces vamos, ¿por qué? Porque esta gente tiene que pagar una indemnización. ¿Sí? ¿Cómo han estado cobrando peaje durante un montón de años a la población más vulnerable de Lima? . . ."